### 3688. COOPER v. THE STATE.

HILL, C. J. An accusation which charges, in the alternative, that on a certain day the accused "did play and bet for money, or other thing of value, at a game played with cards," is bad, and should have been quashed on special demurrer. *Haley* v. *State*, 124 *Ga.* 216 (52 S. E. 195).

*Judgment reversed.*

DECIDED OCTOBER 23, 1911.

Accusation of gaming; from city court of Ocilla—Judge Oxford. July 24, 1911.

*Newbern & Meeks*, for plaintiff in error.

*H. J. Quincey, solicitor*, contra.

---

### WHITE v. THE STATE.

POWELL, J. Only a question of fact is presented. The jury has conclusively settled that. *Plummer* v. *State*, 1 *Ga. App.* 507 (57 S. E. 969). *Judgment affirmed.*

DECIDED OCTOBER 23, 1911.

Conviction of shooting at another; from Cobb superior court— Judge Morris. August 4, 1911.

*Clay & Morris*, for plaintiff in error.

*J. P. Brooke, solicitor-general*, contra.